**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-7575**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

REUVEN TENAMEE,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CR-89-235-JFM)

Submitted:  December 16, 2004       Decided:  December 28, 2004

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reuven Tenamee, Appellant Pro Se.  Andrew George Warrens Norman, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reuven Tenamee appeals the district court's order denying his motion to compel production of grand jury testimony.  We have reviewed the record and find no abuse of discretion, as Tenamee demonstrated no particularized need for production.  <u>See</u> <u>Dennis v. United States</u>, 384 U.S. 855, 872 (1966).  Accordingly, we affirm the order of the district court.  <u>See</u> <u>United States v. Tenamee</u>, No. CR-89-235-JFM (D. Md. Sept. 15, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>